# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**GLOCK GMBH 43X CAL:9**<br>**S/N BSET218,**<br><br>　　　　Defendant. | **Case No.:** 22-03307-CV-MDH |

### ORDER OF DEFAULT JUDGMENT OF FORFEITURE

The Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any and all other claimants have been served by publication. All potential claimants in this case have failed to make a claim or otherwise defend as provided by the Federal Rules. Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the defendant property, Glock GMBH 43X CAL: 9, serial number BSET218;

(2) that all persons claiming any right, title, or interest in or to the defendant property are held in default;

(3) that all claims and interests in the defendant property are forever foreclosed and barred;

(4) that the defendant property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 922(g)(9) and § 924(d);

(5) that the defendant property shall be disposed of according to law; and

(6) that the Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED**.

DATED: March 16, 2023                  */s/ Douglas Harpool*
                                                   **DOUGLAS HARPOOL**
                                                     **UNITED STATES DISTRICT JUDGE**